UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**HAROLD DEE JONES** *et al.*                                                                 **PLAINTIFFS**

**v.**                                                                    **CIVIL ACTION NO. 1:10CV-P69-M**

**JACKIE T. STRODE, JAILER** *et al.*                                                         **DEFENDANTS**

## MEMORANDUM OPINION

Two prisoners incarcerated at the Warren County Regional Jail, Harold Dee Jones and Dewey Lynn Hines, filed the instant *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On June 18, 2010, the Court entered an Order granting Plaintiff Hines' application to proceed without prepayment of fees (DN 9), and on June 21, 2010, the Court entered an Order denying motions to certify a class and to amend and supplement the complaint (DN 10). The copy of those Orders sent to Plaintiffs Jones and Hines have been returned to the Court by the United States Postal Service marked "Return to Sender-Not Deliverable As Addressed-Unable to Forward" (DNs 11, 12, 13, & 14).

Upon filing the instant action, Plaintiffs assumed the responsibility to keep this Court advised of their current address and to actively litigate their claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiffs are apparently no longer incarcerated at the Warren County Regional Jail and have not provided any forwarding addresses to the Court. Consequently, neither notices from this Court nor filings by Defendants can be served on Plaintiffs. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of

the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiffs have abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc: Plaintiffs, *pro se*
4414.005